Case 2:17-cv-00225 Document 26 Filed on 10/23/17 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DEAN E. CALHOUN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-225 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, *et al*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Dean E. Calhoun filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2017, asserting Defendants have failed to provide him with adequate medical care. Plaintiff has failed to pursue this action by not responding to Court orders and by failing to update his current contact information after he was released from custody. (D.E. 25). Throughout August and September 2017, all mail sent to Plaintiff was returned as undeliverable. (D.E. 19, D.E. 20, D.E. 22, D.E. 23, and D.E. 24).

On September 26, 2017, the undersigned, after independently locating Plaintiff's most recent address on the docket of Plaintiff's pending action in the Western District of Texas, ordered Plaintiff to submit a more definite statement of facts involved in this action on or before October 17, 2017, if he wished to proceed. (D.E. 25). Plaintiff was cautioned that his complaint was currently deficient and that failure to comply with the order for more definite statement may result in the dismissal of his action. The order has

not been returned as undeliverable. To date, Plaintiff has failed to comply. Additionally, Plaintiff was previously noticed that he was required to either pay the $400.00 filing fee or submit a fully complete application for leave to proceed *in forma pauperis*. (D.E. 16, D.E. 18, and D.E. 21). However, these notices were all returned as undeliverable and Plaintiff has still not paid the filing fee or sought leave to proceed *in forma pauperis*.

Therefore, it is respectfully recommended that Petitioner's case be **DISMISSED** pursuant to Fed.R.Civ.P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997)(holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

ORDERED this 23rd day of October, 2017.

_____
Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).