IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DEAN E. CALHOUN, § § Plaintiff, § VS. § TEXAS DEPARTMENT OF CRIMINAL § JUSTICE, *et al*, § § Defendants. § | CIVIL NO. 2:17-CV-225 |

# ORDER

The Court has before it Plaintiff's complaint and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 26). In it, the Magistrate Judge recommends that Petitioner's case be dismissed for failure to prosecute. The deadline to file objections to the M&R has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); *see also* M&R, Dkt. No. 26 at 3 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the Magistrate Judge's M&R (Dkt. No. 26) and **DISMISSES** the above-captioned action. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 17th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge